# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1896

**Short Case Caption:** Entropic Communications, LLC v. Charter Communications, Inc.

**Filing Party/Entity:** Charter Communications, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.D.C., E.D. Texas | 2:22-cv-00125-JRG | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the district court's order denying Electronic Frontier Foundation's motion to intervene and motion to unseal court records

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The district court denied Electronic Frontier Foundation's motion to intervene and denied its motion to unseal court records.

**Briefly describe the judgment/order appealed from:**

District court order denying third party Electronic Frontier Foundation's motion to intervene and motion to unseal court records.

**Nature of judgment (select one):**    **Date of judgment:** 5/2/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Electronic Frontier Foundation's motion to intervene and motion to unseal court records.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☐ Yes ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes ☑ No

Explain.

Appellee Charter Communications, Inc. does not believe a mediator would add to the settlement process at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 6/13/24   Signature: /s/ Daniel Riesner

Name: Daniel Riesner

Save for Filing