# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1896

**Short Case Caption:** Entropic Communications, LLC v. Charter Communications, Inc.

**Filing Party/Entity:** Movant- Appellant Electronic Frontier Foundation

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USDC Eastern Dist. Texas | 2:22-cv-00125-JRG | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of district court's order denying Electronic Frontier Foundation's motion to intervene and unseal court records.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Denial of Electronic Frontier Foundation's motion to intervene and unseal court records.

**Briefly describe the judgment/order appealed from:**

District court order denying Electronic Frontier Foundation's motion to intervene and unseal records.

**Nature of judgment (select one):**     **Date of judgment:** 5/2/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☒ Interlocutory Order (specify type) Order denying motion to unseal is a final order and alternatively a collateral order.
☐ Other (explain)

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Electronic Frontier Foundation's motion to intervene and motion to unseal court records.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

Electronic Frontier Foundation does not believe that the parties are amenable to settlement.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 6/13/24    Signature: /s/ Aaron Mackey
                 Name: Aaron Mackey

Save for Filing