K&L GATES

June 20, 2024

James A. Shimota
Partner
Jim.Shimota@klgates.com

T +1 312 807 4299
F +1 312 827 8071

**Via CM/ECF**

Jarret B. Perlow
Circuit Executive and Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW, Suite 401
Washington, DC 20439

Re: *Entropic Communications, LLC v. Charter Communications, Inc.*, No. 24-1896
Plaintiff-Appellee's Notice of Non-Participation

Dear Mr. Perlow,

On behalf of Plaintiff-Appellee Entropic Communications, LLC, and in accordance with the Court's instructions in the practice notes to Federal Circuit Rule 12, Entropic is providing notice that it does not intend to participate in the above-captioned matter and does not intend to file a brief or join another party's brief.

Please contact the undersigned if you have any questions regarding this matter.

Respectfully submitted,

*/s/ James A. Shimota*
James A. Shimota
Nicholas F. Lenning

*Counsel to Plaintiff-Appellee Entropic Communications, LLC*