# United States Court of Appeals for the Federal Circuit

---

**ENTROPIC COMMUNICATIONS, LLC,**
*Plaintiff*

**v.**

**CHARTER COMMUNICATIONS, INC.,**
*Defendant-Appellee*

**v.**

**THE ELECTRONIC FRONTIER FOUNDATION,**
*Movant-Appellant*

---

2024-1896

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:22-cv-00125-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

December 17, 2025
Date

Jarrett B. Perlow
Clerk of Court